IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TREMAIN LACY                                                PLAINTIFF

v.                          Case No. 11-6053

DALE REED and
FRED CAMPBELL                                              DEFENDANTS

**ORDER**

Now on this 10th day of March 2015, there comes on for consideration the report and recommendation filed herein on February 20, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 58). No objections were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion for Summary Judgment (doc. 51) is GRANTED. Separate Defendants Reed and Campbell are DISMISSED WITHOUT PREJUDICE pursuant to 42 U.S.C. § 1997e(a). Finally, Plaintiff's Motion to Amend (doc. 47) is DENIED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**