```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

TREMAIN LACY                                          PLAINTIFF

v.                      Case No. 11-6053

DALE REED, LARRY MAY,
GRANT HARRIS and
FRED CAMPBELL                                         DEFENDANTS

## JUDGMENT

For reasons set forth in the Report and Recommendations (docs. 44 & 58), the Order dated September 25, 2014 (doc. 49) and the Order filed concurrently herewith, Defendants' Motions for Summary Judgment (docs. 31 & 51) are GRANTED. Defendants are DISMISSED WITHOUT PREJUDICE pursuant to 42 U.S.C. § 1997e(a). Plaintiff's Motion to Amend (doc. 47) is DENIED. **The parties have thirty days from entry of this judgment on the docket in which to appeal**.

IT IS SO ORDERED this 10th day of March 2015.

```
                         /s/ Robert T. Dawson
                         Honorable Robert T. Dawson
                         United States District Judge
```

AO72A
(Rev. 8/82)